UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GHMC HOLDING COMPANY, INC. f/k/a
GUARANTEED HOME MORTGAGE
COMPANY, INC.,

    Plaintiff,

v.                                   Case No. 3:14cv614/RV/CJK

RUSSELL VAN SICKLE and BEGGS &
LANE, RLLP,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the undersigned upon referral from the clerk. The court has been informed that the parties have reached a settlement of this case. The matter, therefore, should be DISMISSED from the active docket of the court. In the event the settlement is not consummated, the court should reserve the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this order and a showing of good cause as required by the court's local rules. *See* N.D. Fla. Loc. R. 16.2(D). Finally, the Clerk should be directed to close the file in the case for administrative purposes and, upon the expiration of sixty (60)

days without activity, to close the case in its entirety for all purposes.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED from the active docket of the court.

2. That, in the event the settlement is not consummated, the court reserve the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of the order adopting this report and recommendation and a showing of good cause as required by the court's local rules.

3. That the clerk be directed to close the file.

At Pensacola, Florida this 14th day of June, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:14cv614/RV/CJK