UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GHMC HOLDING COMPANY, INC. f/k/a
GUARANTEED HOME MORTGAGE
COMPANY, INC.,**

    **Plaintiff,**

**v.**                                      **Case No. 3:14cv614/RV/CJK**

**RUSSELL VAN SICKLE and BEGGS &
LANE, RLLP,**

    **Defendants.**
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 14, 2016 (doc. 117). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The parties have filed a stipulation for dismissal of complaint and counterclaim with prejudice (doc. 118).

Having considered the Report and Recommendation and the parties' stipulation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This complaint and counterclaim are DISMISSED with prejudice and without taxation of costs.

3.  In the event the settlement is not consummated, the court reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this order and a showing of good cause as required by the court's local rules.

4.  The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of July, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:14cv614/RV/CJK